# `UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

### No. 201800077

_____

## UNITED STATES OF AMERICA
Appellee

v.

## LEWIS M. WEBER
Corporal (E-4), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Terrance J. Reese, USMC.
Convening Authority: Commanding General, 2d Marine Logistics
Group, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Major Andrea C. Goode,
USMC.
For Appellant: Captain Scott F. Hallauer, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 29 May 2018

_____

Before MARKS, PRICE, and ELLINGTON, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court